No. 4881.—García Ducós, apldo., *v.* Ducós Pagán, aplte.—
C. D. San Juan. ▮▮▮▮ Feb. 7, 1929. Vista la moción
que antecede sobre desestimación de la presente apelación, y
apareciendo que la corte de distrito en cinco de noviembre
de 1928 denegó una moción para que se ordenase al taquí-
grafo verificar la transcripción de la evidencia por haberse
presentado dicha moción fuera de tiempo, sin que hasta la
fecha se haya radicado en la secretaría de este tribunal, trans-
cripción de autos, exposición del caso o transcripción de evi-
dencia alguna, se declara con lugar la referida moción, y en
su consecuencia se desestima el recurso de apelación que es-
tableció la demandada en este caso contra sentencia de la
Corte de Distrito de San Juan de fecha 3 de octubre de 1928.

No. 4892.—Maldonado, apldo., *v.* Álamo, aplte.—C. D.
San Juan. ▮▮▮▮▮▮ Feb. 11, 1929. Apa-
reciendo que el escrito de apelación se radicó en este caso
en mayo 20, 1926, y que a partir de esta fecha el apelante no
realizó ninguna gestión para perfeccionar su apelación, se
declara con lugar la moción de la parte apelada, vista en el
día de hoy, y en su consecuencia se desestima la apelación
entablada por el demandado contra sentencia de la Corte de
Distrito de San Juan de abril 19 de 1926.